# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

GARY CHARLES BRESTLE,

     Petitioner,

vs.

SUZANNE R. HASTINGS, Warden,

     Respondent.

CIVIL ACTION NO.: CV214-130

## O R D E R

Petitioner Gary Charles Brestle, an inmate at the Federal Satellite Low in Jesup, Georgia, has filed an action under 28 U.S.C. § 2241. The United States of America and Eric H. Holder, Jr., the Attorney General of the United States are not proper parties in Brestle's petition. The only proper respondent is the inmate's immediate custodian - the warden of the facility where the inmate is confined. See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004). As Suzanne R. Hastings is the Warden at Federal Satellite Low, the Clerk is authorized and directed to change the name of the respondent to Suzanne R. Hastings, Warden, upon the docket and record of this case.

The United States Marshal is hereby directed to serve a copy of the Petition and a copy of this Order upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the United States Attorney for the Southern District of Georgia. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, personal service shall be perfected upon the United States Attorney. Pursuant to FED. R. CIV. P. 4(i) service may be perfected upon the Attorney General of the United States and upon Respondent by registered or certified mail.

Respondent is hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty-one (21) days of the date of service.

While this action is pending, Petitioner **shall** immediately inform this Court in writing of any change of address.  Failure to do so will result in dismissal of this case, without prejudice.

**SO ORDERED**, this _____4th_____ day of September, 2014.


_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE